**Jonas MALM, Plaintiff–Appellant**

v.

**CORRECTION CORPORATION OF AMERICA; Houston Processing Center CCA, Defendants–Appellees.**

No. 13–20615
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 18, 2014.

Jonas Malm, Houston, TX, pro se.

Pamela Clark Hicks, Litigation Counsel, Beirne, Maynard & Parsons, L.L.P., Houston, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Jonas Malm appeals the district court's denial of his motion for a temporary re-

straining order (TRO) and preliminary injunction. In his motion, Malm sought to restrain Corrections Corporation of America (CCA) from involving itself in his then-pending immigration case. He also requested that the district court order CCA to provide him with immigration statutes and to not retaliate against or harass him.

Malm was released from CCA custody while this appeal was pending. Accordingly, to the extent that he seeks injunctive relief or specific performance to remedy his conditions of confinement, his claims are moot. *See Herman v. Holiday,* 238 F.3d 660, 665 (5th Cir.2001). Additionally, we lack jurisdiction to consider Malm's challenge to the denial of his request for a TRO. *See Faulder v. Johnson,* 178 F.3d 741, 742 (5th Cir.1999).

As Malm's appeal is now moot, it must be DISMISSED for want of jurisdiction.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.